ANGIE HOFF, Respondent, *v.* THE SUPREME LODGE, KNIGHTS OF PYTHIAS, et al., Defendants, and MARY HOFF, Appellant.

*Hoff* v. *Hoff*, 175 App. Div. 40, appeal dismissed.

(Submitted December 17, 1917; decided December 21, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third

judicial department, entered November 16, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the amount of a certificate of life insurance.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous; that permission to appeal had not been obtained; that no questions of law were involved and that the appeal was taken for purpose of delay only.

*John Alexander* for motion.

*Borden D. Smith* for respondent.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.